**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00018-CR

**THOMAS EDWARD GRACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80198-2009**

## ORDER

The Court **GRANTS** appellant's December 17, 2013 motion to extend time to file his brief. The appellant's brief received on December 17, 2013 is considered properly filed.

/s/  LANA MYERS
    JUSTICE